# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| CORNELIUS V. HOSCH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 1:13-cv-00825 AJT-TCB |
| | ) | |
| v. | ) | |
| | ) | |
| BAE SYSTEMS INFORMATION SOLUTIONS INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S NOTICE OF INSPECTION

Please take note that, pursuant to Rule 34(a)(1) of the Federal Rules of Civil Procedure, Defendant BAE Systems Information Solutions Inc. ("BAE Systems") will inspect Plaintiff Cornelius V. Hosch's personal computers and electronic devices, located, upon information and belief, at 100 Daniel Efird Dr., Mount Holly, NC 28120-1463, beginning on Monday, October 7, 2013 at 9:30 a.m., or at such other location, date and time as the parties may otherwise agree. The inspection will be conducted during business hours and will proceed from day to day, weekends and federal holidays excluded, until completed.

The inspection will be conducted by Defendant's experts or consultants and may be attended by Plaintiff Hosch's counsel. The nature and scope of the inspection is described more fully in Exhibit A.

Dated:  September 23, 2013            PROSKAUER ROSE LLP

                                      Connie N. Bertram
                                      **PROSKAUER ROSE LLP**
                                      1001 Pennsylvania Avenue, N.W., Suite 400S
                                      Washington, D.C. 20004
                                      Telephone: (202) 416-6800
                                      Facsimile: (202) 416-6899
                                      cbertram@proskauer.com

# EXHIBIT A

## DEFINITIONS

1. "Inspection" may include: inspection, measurement, surveying, photography, testing, copying and/or sampling of any designated object or operation on the personal computers and electronic and communications devices.

2. The terms "any," "all," "each," "and," "or," and "and/or" as used herein shall be construed as appropriate to bring within the scope of these topics information and documents which might otherwise be considered to be beyond their scope.

3. "Plaintiff" or "Hosch" means Cornelius V. Hosch.

4. "Personal computers and electronic and communications devices" refers to any electronic device capable of receiving, processing, transmitting and/or storing data, including but not limited to any desktop computer, laptop computer, electronic tablet (e.g. iPad), communications devices (e.g. Blackberries, iPhones, Android devices, cell phones), and storage devices (e.g. thumb drives, CDs and external drives).

5. "BAE Systems" or "Defendant" refers to BAE Systems Information Solutions Inc. including any and all past or present officers, directors, partners, employees, agents, representatives, attorneys, accountants, advisors, consultants, divisions, subsidiaries, parents, affiliates, successors-in-interest, and/or predecessors.

6. "Claims and Defenses" means Plaintiff's Complaint, Amended Complaint, and any further amendments thereto, and Defendant's Answer to Plaintiff's Complaint, Answer to Plaintiff's Amended Complaint, and any amendments thereto or defenses raised therein.

## **SCOPE OF INSPECTION**

This Inspection is intended to provide BAE Systems with information pertaining to the Claims and Defenses, Plaintiff's removal, downloading, uploading, use, disclosure, retention and spoliation of documents and data of BAE Systems and unauthorized access to and use of the documents and data of BAE Systems. Therefore, the scope of the inspection is expected to encompass the following: creating a mirror image of and copying data from all of Plaintiff's personal computers and electronic and communications devices, identifying on the images (1) all non-privileged data relevant to the parties' Claims and Defenses; (2) all documents responsive to BAE Systems' written discovery requests; (3) Plaintiff's removal, downloading, uploading, use, disclosure, retention and spoliation of documents and data of BAE Systems and relevant or responsive documents by Plaintiff; and (4) any unauthorized access to or use of the databases and data of BAE Systems by Plaintiff.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of September, 2013, I will cause the foregoing to be sent via electronic mail in .pdf format, to the following individuals:

R. Scott Oswald
Adam Augustine Carter
The Employment Law Group, P.C.
888 17th Street, NW, 9th Floor
Washington, DC 20006
Telephone: (202) 261-2803
Facsimile: (202) 261-2835
soswald@employmentlawgroup.com
acarter@employmentlawgroup.com

_____
Connie N. Bertram