# EXHIBIT C

```
                                                                Page 1
 1              UNITED STATES DISTRICT COURT

 2          FOR THE EASTERN DISTRICT OF VIRGINIA

 3                   Alexandria Division

 4   - - - - - - - - - - - - - - )

 5   CORNELIUS HOSCH,            ) Case No. 1:13-cv-00825

 6         Plaintiff,            )           AJT-TCB

 7      v.                       )

 8   BAE SYSTEMS INFORMATION     )

 9   SOLUTIONS, INCORPORATED,    )

10         Defendant.            )

11   - - - - - - - - - - - - - - )

12

13                      VOLUME I

14      Videotaped Deposition of CORNELIUS V. HOSCH

15                   Washington, D.C.

16                   November 4, 2013

17                      8:08 a.m.

18

19

20   Job No. 46564

21   Pages 1 - 448

22   Reported by:  Leslie Anne Todd
```

Page 125

1   is what you elected as of January 5th, 2012?

2        A    No, I don't have any reason to doubt it.

3             MS. BERTRAM:  I put the wrong sticker on

4   that.  Let me just take it off real quick.  I jumped

5   ahead.

6             So that was deposition Exhibit No. 7.

7             (Exhibit No. 8 was marked for

8             identification.)

9   BY MS. BERTRAM:

10       Q    I'm handing you what's been marked

11  deposition Exhibit No. 8.

12            Deposition Exhibit No. 8, the main

13  portion of it is a series of e-mails on February 10th

14  of 2012, and it's stamped 230 and 231.

15            Now, let me refer you to the second page

16  of deposition Exhibit No. 8.

17            And you say -- I mean is this an e-mail

18  that you received from Mr. Weber on February 10th,

19  2012?

20       A    On February what?

21       Q    February 10th, 2012.

22       A    You said the second page?

Cornelius V. Hosch                                                November 4, 2013
Washington, D.C.

Page 126

```
 1       Q    Yeah, it's on the second page.
 2       A    Okay.  My second page says February 10th.
 3       Q    That's what I said.  Is -- is this an
 4  e-mail dated February 10th, 2012, that you received
 5  from Mr. Weber?
 6       A    Yes.
 7       Q    And page 2 -- page 1 of deposition
 8  Exhibit No. 8, that is your response, correct?
 9       A    Let me see what we got here first.  Let
10  me read this because --
11            (Witness peruses document.)
12       A    Yes, that's my response.
13       Q    And you included in your response an
14  extract from the contract, correct?
15       A    That's correct.
16       Q    And where did you obtain that?
17       A    I retained that from the Statement of
18  Work that was provided to me.
19       Q    So that -- that's a portion of this
20  Statement of Work --
21       A    Yes.
22       Q    -- is that correct?
```

Page 127

1   A   3.00.1.

2   Q   And did you have an electronic copy of
3   the Statement of Work?

4   A   Yes.

5   Q   And did you cut and paste that -- this
6   language from that portion of the Statement of Work?

7   A   Yes.

8   Q   And this document was forwarded to your
9   personal e-mail account on April 26, 2012, correct?

10   A   This -- yes, it was.  April the 26th,
11   yes.

12   Q   And you forwarded that from your BAE
13   Systems e-mail account, correct?

14   A   This came from -- yep, BAE Systems
15   account.

16   Q   And why did you forward this particular
17   e-mail on April 26, 2012?

18   A   Because, again, after -- after I
19   basically told Dan Weber of the labor and time card
20   fraud going back to January of 2012, I instructed
21   him -- in January of 2012, I instructed him on two
22   different occasions in February, and nothing was

Page 128

1 basically happening with any of that.

2 And so I feel like he had started to do
3 small things to retaliate against what I had
4 initially told him and Jack McCracken. And that's
5 why I started pushing these e-mails to my account
6 when I was departing. Because once I reported that
7 to the DOD IG, I knew that other stuff would probably
8 start to happen, and which it did.

9 So that was my reasoning to send these
10 e-mails, as you just asked.

11 Q And did you provide -- once you forwarded
12 the e-mail to your home e-mail account, did you
13 provide them to anybody else?

14 A No. Just to my attorneys.

15 Q Okay. And when did you provide them to
16 your attorneys?

17 A I would have to go back and look at the
18 exact dates and time frames, but whenever they took
19 me on as a client.

20 Q Were you still employed by BAE Systems?

21 A No. And -- no, I wasn't employed by BAE
22 Systems then.

Page 146

```
 1      A    Yes.
 2      Q    And there's a series of e-mails dated
 3  February 20th and 21st of 2012, correct?
 4      A    Yes.
 5      Q    And why did you forward this particular
 6  e-mail to your personal account on -- on the
 7  April 26th?
 8      A    Well, again, just like I said before, I
 9  forward all the e-mails, you know, out of the fear of
10  retaliation that was coming down from the important
11  labor time card fraud of Jack McCracken and Dan Weber
12  on a number of occasions.
13      Q    But you didn't -- you didn't think that
14  this e-mail reflected any fraud on the part of the
15  company, correct?
16      A    At that time I wasn't reading particular
17  e-mails.  Just all the e-mails I had in my inbox or
18  saved on my BlackBerry or BAE account, I just
19  automatically forwarded all those.  I didn't go there
20  on each one and read what they were.  I know that,
21  you know, any of my information I wanted to have.
22      Q    So you were auto-forwarding all of your
```

Cornelius V. Hosch  
Washington, D.C.  
November 4, 2013

Page 147

```
 1   e-mails at that point on the 26th?
 2        A    Yes.  Everything was -- was basically
 3   forwarded.  As far as auto-forwarding, I'm not sure
 4   what you're talking about, but all of them were
 5   forwarded.
 6        Q    Mm-hmm.  So every e-mail in your -- in
 7   your e-mail box was forwarded; is that right?
 8        A    Yes.  Unless it was something that was
 9   any type of departure information or anything that
10   was classified, I didn't forward any of that
11   information or I did not save any of that
12   information.
13        Q    And approximately how many e-mails did
14   you forward on the 26th?
15        A    I have no idea.  It was a lot --
16        Q    Over --
17        A    -- over a couple-day period time frame.
18   When I -- when I basically had a -- I think -- I
19   forgot the exact date of the conversation with --
20   with Dan, you know, once he told me that nothing was
21   going to change, and that I'll end up like Tony,
22   that's when I got a little nervous about the
```

Cornelius V. Hosch                                           November 4, 2013
                         Washington, D.C.

```
                                                          Page 284
 1        Q    Yes.
 2        A    If it was on a Sunday, yes.
 3        Q    And did you meet with him when he was
 4   at -- in BAF?
 5        A    On which day, ma'am?
 6        Q    On the 29th.
 7        A    On the 29th -- yes, I did see Dan that
 8   day.
 9        Q    Okay.  And were -- did you meet with him
10   in person?
11        A    Yes, in person.
12        Q    Where did you meet with him?
13        A    Green Beans.
14        Q    Green Bean?
15        A    Green Beans Coffee shop on Bagram.  At
16   this particular time, we sat right under the overhang
17   and at the middle table right across from the coffee
18   shop doors.
19        Q    And was anybody else with the two of you?
20        A    Just me and Dan.
21        Q    And during this conversation or any other
22   conversation with Mr. Weber, did you record the
```

Page 285

```
 1   conversation?
 2       A    No.
 3       Q    Did you take any notes during the course
 4   of the conversation?
 5       A    Yes, I took notes.
 6       Q    Okay.  And where are those notes, the
 7   notes located now?
 8       A    I don't have the notes.  It was on a
 9   military notepad, and all that stuff was left in the
10   office when I left.  I didn't take any pads or any of
11   that stuff.  It's just a regular pad.
12       Q    And when you say "military notepad," what
13   do you mean?
14       A    It was a tan binder that the pages were
15   waterproof.  And it was in that particular
16   document -- I kept all my notes in that.  Anytime I
17   went to a meeting, that's what I kept.  That was my
18   notepad.
19       Q    And where did you leave that when you
20   left Afghanistan?
21       A    I didn't leave it anywhere.  Normally
22   what I did with that, I took whatever notes I took
```

Cornelius V. Hosch                                               November 4, 2013
Washington, D.C.

Page 286

1  from whatever meeting.  I went back and I documented
2  that if needed in a Word document where I could
3  understand it and read it, you know, I would put in
4  an e-mail when I needed to craft the e-mail up.
5  After that I would shred information.
6      Q   I thought you said you left the notebook
7  when you --
8      A   The notebook was left, but the
9  information, I would tear those pages out.  It was --
10 it's a little zip thing that goes down the middle,
11 you find a line, you pull it down and you take it out
12 and you shred it.  But the pad itself, I'm sure all
13 that pad was left there.  But there was no documents
14 in that pad.  I would have already shredded those
15 documents.
16     Q   And the -- so after this conversation
17 with Mr. Weber, did you then --
18     A   Which conversation are we talking about,
19 Ms. Bertram?  Sorry to interrupt.
20     Q   The conversation on April 29th.
21     A   Okay.
22     Q   Did you create a Word document or

Cornelius V. Hosch
Washington, D.C.
November 4, 2013

Page 287

1  otherwise document your notes from your conversation
2  with Mr. Weber?
3      A    From the 29th -- oh, yes.  That -- that
4  was immediately sent, if I'm not mistaken, to Jack
5  McCracken.  It was also updated in my BAE concerns
6  folder, you know, because at this point I really felt
7  the retaliation starting to come on, and -- yes, it
8  was documented.
9      Q    And where was your BAE concerns folder?
10     A    What do you mean?
11     Q    You said you immediately put it into your
12 BAE concerns folder.  What is that?
13     A    That's just a folder that I had.  It was
14 on -- I think it was on the military drive in my
15 network there.  It may have been on BAE's network.
16 I'm not sure.  But that's where I put all my concerns
17 on after I had reported the labor and time card fraud
18 to Dan and Jack.  Once I started feeling like I was
19 being retaliated against, that's when I started
20 creating the folder, and I had all this information
21 in it.
22     Q    And where are those documents now?

Page 355

1   of this document?

2       A    No, not at all.

3       Q    Did anybody review it?

4       A    No.

5       Q    On which computer did you create it?

6       A    I created this on the computer that I was

7   using in the -- not the Pink Palace -- it was the CJ2

8   in the JOC.  And then once I was knowing I was

9   leaving, I was going wherever, I went over and I took

10  all that stuff from those other documents to create

11  the one document, and I pushed that to whatever file

12  that I had it stored in.

13      Q    Okay.  And then did you then at some

14  point move the smaller documents that were put

15  together into this document and this document onto

16  your -- your external drive?

17      A    Yeah, I deleted -- whatever source I

18  pulled these from, once I got everything I wanted

19  from that, I deleted all my stuff that I had stored

20  on the -- on the government computer.  And then I

21  took the information that I stored, and I took that

22  information -- either I e-mailed that information or

Cornelius V. Hosch
Washington, D.C.
November 4, 2013

Page 356

```
 1   I maintained a copy of that from my external hard
 2   drive.
 3        Q    Now, if you look under "Threats" --
 4        A    Mm-hmm.
 5        Q    -- you say:  "My job was first threatened
 6   in February during a conversation I had with Dan
 7   Weber."
 8             Is that based on -- on a summary that you
 9   prepared back in February when you had that
10   conversation?
11        A    That was based on the notes that I took
12   from Dan as we had that conversation, and that was in
13   February at Green Beans Coffee either prior to him
14   going on R&R or immediately after he returned.
15   That's when that conversation took place.  And it was
16   some notes that I prepared, you know, either while we
17   was talking or immediately after we talked.
18        Q    Now, there is some language in the
19   second, third or fourth line that's in quotes.  Did
20   you write that language down in your notes word for
21   word?
22        A    I'm just trying to figure out what --
```

Cornelius V. Hosch                                                                 November 4, 2013
Washington, D.C.

Page 427

1  weren't documents that you had to turn into BAE?
2       A    What I'm saying is that I didn't have to
3  report this to anyone weekly.  What I did with these
4  documents here that you're seeing is that it was a
5  way for me to manage my personnel for my region.  The
6  CUB was the official document that BAE basically gave
7  the customer, and I had to update for them.  All this
8  internal stuff here was just things that I used to
9  help me manage better.
10      Q    Right.  Going back to the clearance
11 expiring document, was that document ever deleted?
12      A    Which one, ma'am?
13      Q    The clearance expiring document; the
14 first one that we looked at.
15      A    Whether it was deleted or not -- I don't
16 know if it was ever deleted or not.
17      Q    Did you ever delete it?
18      A    I'm not sure, to be honest with you, on
19 whether I deleted -- like I told you before, I did
20 delete some stuff that was on my computer that I was
21 using.
22      Q    Right.

Cornelius V. Hosch                                            November 4, 2013
Washington, D.C.

Page 428

1     A    So I don't know if this document was in
2  any of those deletions at all, so I'm not sure.
3     Q    And the POC document, did you delete that
4  document at any point?
5     A    I'm not sure, to be honest with you.
6     Q    You may have, but you're not certain?
7     A    Yeah, once -- what I do know is that I
8  sent Oscar all the actual documents I had here, and I
9  don't know if I pulled those from my desktop or where
10 I got them from.  But I did clean up my desktop and
11 all that stuff prior to me leaving, and I transferred
12 a lot of that stuff over to the actual external hard
13 drive as I was departing.  What I deleted -- yes, I
14 deleted some documents from my desktop, and what I
15 had stored there, so yes.
16    Q    What about from the shared drive, did you
17 delete either of those documents from the shared
18 drive?
19    A    What documents are you talking about?
20    Q    Okay.  Did you delete the clearance
21 expiring document from the shared drive?
22    A    I'm not sure.  I could have cleaned some

Cornelius V. Hosch                                                    November 4, 2013
                          Washington, D.C.

Page 429

```
 1    stuff up.  I'm not sure if I deleted a document up

 2    here or not.

 3         Q    Okay.  What about the POC document?

 4         A    The POC document?

 5         Q    Mm-hmm.

 6         A    I don't -- I don't know.  What I do know

 7    is that I took all of the documents that Oscar would

 8    need and I sent them to him in a digital form, and so

 9    he had all of those documents.  You know, whether

10    they were deleted, I don't know.  But in the actual

11    shared drive, I don't remember deleting any of these

12    particular documents unless they were old.  If it was

13    some old documents there, yes, I would delete them.

14    But as far as anything that he needed, no, he had

15    access to all the documents that I sent him here;

16    there was a copy of those documents still there.

17         Q    So you -- you sent the -- you sent these

18    documents to Mr. Denson, right?

19         A    Yes.

20         Q    But how do you know that he actually

21    received them?

22              MR. CARTER:  Objection.  Asked and
```

Cornelius V. Hosch                                             November 4, 2013
Washington, D.C.

Page 446

1    I had done everything I was supposed to do when I

2    transferred over with Oscar.  You know, based on the

3    history of Dan Weber and Jack McCracken, I just

4    wanted to make sure I had a history of everything

5    that I was doing leading up until me departing.

6            MR. CARTER:  We're over our hour, Connie.

7            MS. BERTRAM:  We can stop now pursuant to

8    our agreement.

9            MR. CARTER:  Okay.

10           THE VIDEOGRAPHER:  All right.  The time

11   is 5:37 p.m., November 4th, 2013.  Going off the

12   record, completing today's videotaped session.

13           (Whereupon, at 5:37 p.m. the

14            deposition of CORNELIUS V. HOSCH

15            was adjourned.)

16

17

18

19

20

21

22