# OTHER COSTS[1]

| Cost Description | Invoice No. | Date of Activity | Date of Invoice | Cost Amount |
|---|---|---|---|---|
| Videographer - 10 hours for Deposition of Cornelius V. Hosch (includes Synched Video on DVD) | 65332 | 11/4/2013 | 11/14/2013 | 1,100.00 |
| Video CDs (3) for John G. McCracken Sr. 30(B)(6) and Individual Deposition | 63918 | 12/9/2013 | 12/31/2013 | 225.00 |
| Video Synch for John G. McCracker Sr. 30(b)(6) and Individual Deposition (5.50 Hours) | 63918 | 12/9/2013 | 12/31/2013 | 275.00 |
| Video Delivery for John G. McCracken Sr. 30(b)(6) and Individual Deposition | 63918 | 12/9/2013 | 12/31/2013 | 15.00 |
| Video CDs (2) for Oscar Denson Deposition | 63920 | 12/12/2013 | 1/3/2014 | 150.00 |
| Video Synch for Oscar Denson Deposition (4 Hours) | 63920 | 12/12/2013 | 1/3/2014 | 200.00 |
| Video Delivery for Oscar Denson Deposition | 63920 | 12/12/2013 | 1/3/2014 | 15.00 |
| Videographer – 8.75 hours for 30(b)(6) Deposition of Cornelius V. Hosch (includes Synched Video on DVD) | 67443 | 1/27/2014 | 2/4/2014 | 962.50 |
| **TOTAL** | | | | **$2,942.50** |

[1] On May 19, 2014, BAE Systems will submit a petition for costs and attorneys' fees incurred in its Motion for Sanctions and its three Motions to Compel (ECF Nos. 39, 42, 65, and 72), as ordered by this Court in its April 24, 2014 Order. ECF No. 91. BAE Systems will identify costs in its May 19, 2014 submission that are included in this filing. To the extent the Court awards BAE Systems its costs in this petition, BAE Systems will not seek double recovery for those costs.

**OTHER COSTS**

| Expert | Cost Description | Invoice No. | Date of Activity | Date of Invoice | Cost Amount |
|---|---|---|---|---|---|
| Vestigant | Total Fees for calls with client and forensic analysis | 10953 | 12/8/2013 – 12/31/2013 | 12/31/2013 | 11,575.00 |
| Vestigant | Administrative Fee | 10953 | 12/8/2013 – 12/31/2013 | 12/31/2014 | 347.25 |
| Vestigant | Total Expenses for travel and forensic analysis | 10953 | 12/8/2013 – 12/31/2013 | 12/31/2013 | 150.00 |
| Vestigant | Total Fees for calls with client and forensic analysis | 10995 | 1/2/2014 – 1/31/2014 | 1/31/2014 | 29,652.50 |
| Vestigant | Administrative Fee | 10995 | 1/2/2014 – 1/31/2014 | 1/31/2014 | 886.88 |
| Vestigant | Total Expenses for travel and forensic analysis | 10995 | 1/2/2014 – 1/31/2014 | 1/31/2014 | 1,627.10 |
| Vestigant | Total Fees to Produce Un-redacted Forensic Report | 11053 | 3/4/2014 | 3/31/2014 | 187.50 |
| Vestigant | Administrative Fee | 11053 | 3/4/2014 | 3/31/2014 | 5.63 |
| Vestigant | Total Fees for Extract Screenshots for Forensic Purposes | 11051 | 3/6/2014 | 3/31/2014 | 562.50 |
| Vestigant | Administrative Fee | 11051 | 3/6/2014 | 3/31/2014 | 16.88 |
| **TOTAL** | | | | | **$45,011.24** |

| **TOTAL OTHER COSTS** | **$47,953.74** |
|---|---|

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:1-800-FOR-DEPO (367-3376)
Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 65332 | 11/14/2013 | 46565 |
| **Job Date** | **Case No.** | |
| 11/4/2013 | 1:13-CV-00825 AJT-TCB | |
| **Case Name** | | |
| Cornelius Hosch v. Bae Systems Information Solutions Inc. | | |
| **Payment Terms** | | |
| Due upon receipt (1.5%/mo & collection) | | |

Connie Bertram
Proskauer Rose, LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004

Cornelius V. Hosch

| | | | | |
|---|---|---|---|---|
| Videographer (Includes synchronized video on DVD) | 10.00 Hours | @ | 110.00 | 1,100.00 |
| | **TOTAL DUE >>>** | | | **$1,100.00** |
| | AFTER 12/14/2013 PAY | | | $1,210.00 |

Celebrating 75 Years of Innovation, 1938-2013!

We appreciate your business.

**Tax ID:** 53-0257990

Phone: 202.416.6800 Fax:(202)416-6899

*Please detach bottom portion and return with payment.*

Connie Bertram
Proskauer Rose, LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004

Invoice No. : 65332
Invoice Date : 11/14/2013
**Total Due : $1,100.00**
AFTER 12/14/2013 PAY $1,210.00

Job No. : 46565
BU ID : DC-Vid-Loc
Case No. : 1:13-CV-00825 AJT-TCB
Case Name : Cornelius Hosch v. Bae Systems Information Solutions Inc.

Remit To: **Alderson Reporting Company, Inc.**
**1155 Connecticut Ave., NW**
**Suite 200**
**Washington, DC 20036**

**PROSKAUER ROSE LLP**
**CHECK REQUISITION**

RECEIVED JAN 02, 2014 ACCOUNTING

| Issue check to: | Planet Depos | | |
|---|---|---|---|
| Amount: | $1,559.75 | Date: | 12/31/13 |
| Client #: | 17323 | Matter #: | 002 |
| Client Name: | BAE Systems Information Solutions | Matter Name: | Hosch Litigation |
| Explanation: | Transcript and videographer for McCracken deposition, invoice # 63918 and 63261 | | |
| Requested by: | Connie Bertram | I.D. # (required): | 7982 |
| Ext.: | x35810 | Dept. Name: | Labor |
| Approved by: | [signature] | I.D. # (required): | 7982 |

☑ Return Check To: Jessica Aho by 1/3/14

☐ Mail Check To:

(FOR ACCOUNTS PAYABLE USE ONLY)

VOUCHER ID: 2114377/2114378 VENDOR ID: 131327

INVOICE #: AMOUNT: $1,559.75 INVOICE DATE:

| | CORE | SUB | LOC | | DEPT | SEC | EMP | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| G/L CODE | 1594 | 000 | 101 | | 0 | — | 0 | | |
| G/L CODE | | | | | | | | | |
| G/L CODE | | | | | | | | | |
| G/L CODE | | | | | | | | | |
| G/L CODE | | | | | | | | | |
| G/L CODE | | | | | | | | | |
| G/L CODE | | | | | | | | | |
| DATE WORKED: | | | COST CODE: | | | | TOTAL: | | $0.00 |

PREPARED BY: DATE:

AUDITED BY: DATE:

RECEIVED JAN 07 2014 FINANCE DEPARTMENT




# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 63918 | 12/31/2013 | 49068 |
| **Job Date** | **Case No.** | |
| 12/9/2013 | 1:13-CV-00825-AJT-TCB | |
| **Case Name** | | |
| Hosch -v- BAE Systems Information Solutions, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Connie N. Bertram, Esquire
Proskauer Rose, LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

| | | |
|---|---|---|
| John Gilford McCracken, Sr., 30(b)(6) & Individual | | |
| CD/DVD - First Set | 3.00 Disks | 225.00 |
| Synchronization | 5.50 Hours | 275.00 |
| Regular Delivery | | 15.00 |
| | **TOTAL DUE >>>** | **$515.00** |
| | AFTER 1/31/2014 PAY | $540.75 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Connie N. Bertram, Esquire
Proskauer Rose, LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004

Job No. : 49068 BU ID : 2-VIDEO
Case No. : 1:13-CV-00825-AJT-TCB
Case Name : Hosch -v- BAE Systems Information Solutions, Inc.

Invoice No. : 63918 Invoice Date : 12/31/2013
**Total Due : $515.00**
AFTER 1/31/2014 PAY $540.75

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

# INVOICE




| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 63920 | 1/3/2014 | 48006 |
| **Job Date** | **Case No.** | |
| 12/12/2013 | 1:13-CV-00825-AJT-TCB | |
| **Case Name** | | |
| Hosch -v- BAE Systems Information Solutions, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Connie N. Bertram, Esquire
Proskauer Rose, LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Oscar Denson

| | | |
|---|---|---|
| CD/DVD - First Set | 2.00 Disks | 150.00 |
| Synchronization | 4.00 Hours | 200.00 |
| Regular Delivery | | 15.00 |
| | **TOTAL DUE >>>** | **$365.00** |
| | AFTER 2/3/2014 PAY | $383.25 |

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Connie N. Bertram, Esquire
Proskauer Rose, LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004

Job No. : 48006 BU ID : 2-VIDEO
Case No. : 1:13-CV-00825-AJT-TCB
Case Name : Hosch -v- BAE Systems Information Solutions, Inc.
Invoice No. : 63920 Invoice Date : 1/3/2014
**Total Due : $ 365.00**
AFTER 2/3/2014 PAY $383.25

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Planet Depos**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:1-800-FOR-DEPO (367-3376)
Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 67443 | 2/4/2014 | 48069 |
| **Job Date** | **Case No.** | |
| 1/27/2014 | 1:13-CV-00825 AJT-TCB | |
| **Case Name** | | |
| Cornelius Hosch v. Bae Systems Information Solutions Inc. | | |
| **Payment Terms** | | |
| Due upon receipt (1.5%/mo & collection) | | |

Connie Bertram
Proskauer Rose, LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004

Cornelius V. Hosch 30(b)(6) and Vol. III

| Description | Quantity | | Rate | Amount |
|---|---|---|---|---|
| Videographer (Includes synchronized video on DVD) | 8.75 Hours | @ | 110.00 | 962.50 |
| **TOTAL DUE >>>** | | | | **$962.50** |
| AFTER 3/6/2014 PAY | | | | $1,058.75 |

Proudly covering court reporting needs around the globe since 1938.

We appreciate your business.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 96.25 |
| **(=) New Balance:** | **1,058.75** |

**Tax ID:** 53-0257990

Phone: 202.416.6800 Fax:(202)416-6899

*Please detach bottom portion and return with payment.*

Connie Bertram
Proskauer Rose, LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004

Job No. : 48069 BU ID : DC-Vid-Loc
Case No. : 1:13-CV-00825 AJT-TCB
Case Name : Cornelius Hosch v. Bae Systems Information Solutions Inc.
Invoice No. : 67443 Invoice Date : 2/4/2014
**Total Due : $1,058.75**

**PAYMENT WITH CREDIT CARD**

AMEX MasterCard VISA

Cardholder's Name: ____________________
Card Number: ____________________
Exp. Date: __________ Phone#: __________
Billing Address: ____________________
Zip: __________ Card Security Code: __________
Amount to Charge: ____________________
Cardholder's Signature:

Remit To: **Alderson Reporting Company, Inc.**
**1155 Connecticut Ave., NW**
**Suite 200**
**Washington, DC 20036**

# PROSKAUER ROSE LLP
# CHECK REQUISITION

| | | | |
|---|---|---|---|
| **Issue check to:** | Vestigant | | |
| **Amount:** | $12,072.25 | **Date:** | 01/03/14 |
| **Client #:** | 17323 | **Matter #:** | 002 |
| **Client Name:** | BAE Systems Information Solutions | **Matter Name:** | Hosch Litigation |
| **Explanation:** | Forensic expert for litigation | | |
| **Requested by:** | Connie Bertram | **I.D. # (required):** | 7982 |
| **Ext.:** | x36810 | **Dept. Name:** | Labor |
| **Approved by:** | [signature] | **I.D. # (required):** | 7982 |

| ☑ Return Check To: | ☐ Mail Check To: |
|---|---|
| Jessica Aho by 1/10/14 | |

(FOR ACCOUNTS PAYABLE USE ONLY)

VOUCHER ID: 2115208 VENDOR ID: 135964

INVOICE #: AMOUNT: $12,072.25 INVOICE DATE:

| | CORE | SUB | LOC | | DEPT | SEC | EMP | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| G/L CODE | | | | | | | | | |
| G/L CODE | | | | | | | | | |
| G/L CODE | | | | | | | | | |
| G/L CODE | | | | | | | | | |
| G/L CODE | | | | | | | | | |
| G/L CODE | | | | | | | | | |
| G/L CODE | | | | | | | | | |

DATE WORKED: COST CODE: TOTAL: $0.00

PREPARED BY: DATE:

AUDITED BY: DATE:

RECEIVED JAN 08 2014 FINANCE DEPARTMENT




# Invoice

Proskauer Rose LLP
Attn: Connie Bertram, Esq.
1001 Pennsylvania Ave, NW
Washington DC 20004

Invoice # 10953

December 31, 2013

Client ID: 0202:0002

Page 1

In reference to: BAE



| | |
|---|---|
| Total fees | $11,575.00 |
| Total expenses | $150.00 |
| Interest | $0.00 |
| Administrative Fee | $347.25 |
| **Current Invoice Amount** | **$12,072.25** |

**See following pages for billing detail and Total Outstanding Balance**

# Invoice

Client ID: 0202:0002



Professional Services

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 12/8/2013 | Review documents | $500.00 | 2.00 | $1,000.00 |
| 12/13/2013 | Meet with opposing counsel and review | $500.00 | 1.50 | $750.00 |
| | Investigate IT003 - Privilege search | $325.00 | 4.00 | $1,300.00 |
| | Image IT003 and IT004 | $325.00 | 1.00 | $325.00 |
| 12/16/2013 | Drive investigation - Privilege search | $325.00 | 4.00 | $1,300.00 |
| 12/18/2013 | Review IT003 and IT004 | $375.00 | 2.00 | $750.00 |
| | Call with client | $500.00 | 0.50 | $250.00 |
| | Drive investigation - Search IT002 for Jarvis communications | $325.00 | 1.00 | $325.00 |
| | Data production | $325.00 | 4.50 | $1,462.50 |
| 12/19/2013 | Review document and respond to client | $500.00 | 1.00 | $500.00 |
| | Data production | $325.00 | 2.00 | $650.00 |
| 12/20/2013 | File listings | $325.00 | 1.00 | $325.00 |
| 12/26/2013 | Investigate Hard Drive | $375.00 | 2.50 | $937.50 |
| 12/30/2013 | Review deleted data | $375.00 | 1.00 | $375.00 |
| | Investigate IT004 | $325.00 | 1.00 | $325.00 |
| 12/31/2013 | Call with client; draft Declaration | $500.00 | 2.00 | $1,000.00 |

For professional services rendered $11,575.00

Vestigant, LLC 202-905-2170
PO Box 23
McLean, VA 22101-0023

# Invoice

Client ID: 0202:0002



Additional Charges :

| Date | Description | Price | Qty | Amount |
|---|---|---|---|---|
| 12/13/2013 | Hard drive (1 @ $150) | $150.00 | 1 | $150.00 |

| | |
|---|---|
| Total additional charges | $150.00 |
| Administrative Fee | $347.25 |
| Total amount of this bill | $12,072.25 |
| Previous balance | $386.25 |

Accounts receivable transactions

| | |
|---|---|
| 1/2/2014 Payment - Thank You | ($386.25) |
| Total payments and adjustments | ($386.25) |
| **Total Outstanding Balance** | **$12,072.25** |

Please remit payment to: Vestigant, LLC, P.O. Box 23, McLean, VA 22101-0023

**Please notify us if your contact information has changed.**

Proskauer Rose LLP
Attn: Connie Bertram, Esq.
Washington, DC 20004

Vestigant

# Invoice

Proskauer Rose LLP
Attn: Connie Bertram, Esq.
1001 Pennsylvania Ave, NW
Washington DC 20004

Invoice # 10995

January 31, 2014

Client ID: 0202:0002

In reference to: BAE

Page 1

| | |
|---|---|
| Total fees | $29,562.50 |
| Total expenses | $1,627.10 |
| Interest | $0.00 |
| Administrative Fee | $886.88 |
| **Current Invoice Amount** | **$32,076.48** |

**See following pages for billing detail and Total Outstanding Balance**

Vestigant, LLC 202-905-2170
PO Box 23
McLean, VA 22101-0023

# Invoice

Client ID: 0202:0002



Professional Services

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 1/2/2014 | Draft Declaration | $500.00 | 1.00 | $500.00 |
| | File listings | $325.00 | 1.00 | $325.00 |
| | Produce privilege file listings | $325.00 | 0.50 | $162.50 |
| 1/3/2014 | Collect IT006 (email data) | $375.00 | 3.00 | $1,125.00 |
| | Finalize Declaration | $500.00 | 1.50 | $750.00 |
| | Call with opposing counsel | $500.00 | 0.50 | $250.00 |
| 1/6/2014 | Call with client | $500.00 | 0.50 | $250.00 |
| 1/7/2014 | Calls with client | $500.00 | 1.00 | $500.00 |
| 1/10/2014 | Research CAC email capture | $375.00 | 3.00 | $1,125.00 |
| | BlackBerry capture | $325.00 | 1.00 | $325.00 |
| 1/13/2014 | Analyze IT008 - IT009 | $375.00 | 2.00 | $750.00 |
| | Image IT011 | $325.00 | 2.00 | $650.00 |
| 1/14/2014 | Calls with client | $500.00 | 1.00 | $500.00 |
| | Attempt to capture CAC email | $375.00 | 2.75 | $1,031.25 |
| | Investigate hard drives - USB devices; Link files; Internet history analysis | $325.00 | 6.00 | $1,950.00 |
| 1/15/2014 | Attempt to capture CAC email | $375.00 | 2.00 | $750.00 |
| | Finalize Declaration | $500.00 | 0.50 | $250.00 |

Vestigant, LLC 202-905-2170
PO Box 23
McLean, VA 22101-0023

# Invoice

Client ID: 0202:0002



| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 1/15/2014 | Drive investigation - Review Internet History, keyword search link file analysis | $325.00 | 4.00 | $1,300.00 |
| 1/16/2014 | Provide data for client | $500.00 | 3.50 | $1,750.00 |
| | Drive investigation - Aalysis/file production | $325.00 | 2.00 | $650.00 |
| 1/17/2014 | Calls with client | $500.00 | 0.50 | $250.00 |
| 1/24/2014 | Image IT012, IT013, IT014 & IT015 | $375.00 | 3.50 | $1,312.50 |
| 1/26/2014 | Investigate IT012 and prepare CAC card | $375.00 | 2.00 | $750.00 |
| 1/27/2014 | Meet with client onsite | $500.00 | 2.50 | $1,250.00 |
| | Pull email from .mil account | $375.00 | 6.00 | $2,250.00 |
| | E-mail production | $325.00 | 1.00 | $325.00 |
| 1/28/2014 | Review and scan email | $375.00 | 4.75 | $1,781.25 |
| | Call with client | $500.00 | 1.00 | $500.00 |
| | Investigate IT012 - IT015 | $325.00 | 3.00 | $975.00 |
| 1/29/2014 | Review and scan email | $375.00 | 4.00 | $1,500.00 |
| | Investigate IT012 - IT015 | $325.00 | 4.00 | $1,300.00 |
| 1/30/2014 | Complete e-mail review and production | $500.00 | 3.00 | $1,500.00 |
| | Investigate IT004 & IT015 - Hash comparison | $325.00 | 1.00 | $325.00 |
| 1/31/2014 | Investigate IT004 & IT015 - Disk image comparision | $325.00 | 2.00 | $650.00 |

For professional services rendered $29,562.50

Vestigant, LLC 202-905-2170
PO Box 23
McLean, VA 22101-0023

# Invoice

Client ID: 0202:0002



Additional Charges :

| Date | Description | Price | Qty | Amount |
|---|---|---|---|---|
| 1/1/2014 | 256GB USB 3.0 Thumb drives X 5 | $1,372.65 | 1 | $1,372.65 |
| 1/13/2014 | Hard drive | $150.00 | 1 | $150.00 |
| 1/17/2014 | CAC Card Reader | $42.38 | 1 | $42.38 |
| 1/27/2014 | Parking | $20.00 | 1 | $20.00 |
| 1/30/2014 | Courier | $42.07 | 1 | $42.07 |

| | |
|---|---|
| Total additional charges | $1,627.10 |
| Administrative Fee | $886.88 |
| Total amount of this bill | $32,076.48 |
| Previous balance | $12,072.25 |

Accounts receivable transactions

| | |
|---|---|
| 1/11/2014 Payment - Thank You | ($12,072.25) |
| Total payments and adjustments | ($12,072.25) |
| **Total Outstanding Balance** | **$32,076.48** |

Please remit payment to: Vestigant, LLC, P.O. Box 23, McLean, VA 22101-0023

**Please notify us if your contact information has changed.**

Proskauer Rose LLP

Vestigant, LLC 202-905-2170
PO Box 23
McLean, VA 22101-0023

# Invoice

Client ID: 0202:0002



Attn: Connie Bertram, Esq.
Washington, DC 20004

# Invoice

Client ID: 0202.0005



Professional Services

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 3/4/2014 | Produce un-redacted Report | $375.00 | 0.50 | $187.50 |

| | |
|---|---|
| For professional services rendered | $187.50 |
| Administrative Fee | $5.63 |
| Total amount of this bill | $193.13 |
| Previous balance | $2,208.06 |

Accounts receivable transactions

| | | |
|---|---|---|
| 3/7/2014 | Payment - Thank You | ($2,208.06) |
| | Total payments and adjustments | ($2,208.06) |
| | **Total Outstanding Balance** | **$193.13** |

Please remit payment to: Vestigant, LLC, P.O. Box 23, McLean, VA 22101-0023

**Please notify us if your contact information has changed.**

Proskauer Rose LLP
Attn: Connie Bertram, Esq.
Washington, DC 20004




# PROSKAUER ROSE LLP
# CHECK REQUISITION

| Issue check to: | Vestigant | | |
|---|---|---|---|
| Amount: | $579.38 | Date: | 04/07/14 |
| Client #: | 17323 | Matter #: | 002 |
| Client Name: | BAE Systems Information Solutions | Matter Name: | Hosch Litigation |
| Explanation: | Forensic expert for litigation | | |
| Requested by: | Connie Bertram | I.D. # (required): | 7982 |
| Ext.: | x36810 | Dept. Name: | Labor |
| Approved by: | [signature] | I.D. # (required): | 7982 |

| ☑ Return Check To: | ☐ Mail Check To: |
|---|---|
| Jessica Aho by 4/10/13 | |

(FOR ACCOUNTS PAYABLE USE ONLY)

| VOUCHER ID: 213373 | | | | VENDOR ID: | | | | |
|---|---|---|---|---|---|---|---|---|
| INVOICE #: | AMOUNT: $579.38 | | | INVOICE DATE: | | | | |
| | CORE | SUB | LOC | | DEPT | SEC | EMP | AMOUNT |
| G/L CODE | 154 | 000 | 101 | | 0 | — | 0 | |
| G/L CODE | | | | | | | | |
| G/L CODE | | | | | | | | |
| G/L CODE | | | | | | | | |
| G/L CODE | | | | | | | | |
| G/L CODE | | | | | | | | |
| G/L CODE | | | | | | | | |
| DATE WORKED: | | COST CODE: | | | | TOTAL: | | $0.00 |
| PREPARED BY: | | | | DATE: | | | | |
| AUDITED BY: | | | | DATE: | | | | |

Vestigant

# Invoice

Proskauer Rose LLP
Attn: Connie Bertram, Esq.
1001 Pennsylvania Ave, NW
Washington DC 20004

Invoice # 11051

March 31, 2014

Client ID: 0202:0002



In reference to: BAE

| | |
|---|---|
| Total fees | $562.50 |
| Total expenses | $0.00 |
| Interest | $0.00 |
| Administrative Fee | $16.88 |
| **Current Invoice Amount** | **$579.38** |

**See following pages for billing detail and Total Outstanding Balance**

# Invoice

Client ID: 0202:0002



Professional Services

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 3/6/2014 | Extract Screenshots | $375.00 | 1.50 | $562.50 |

| | |
|---|---|
| For professional services rendered | $562.50 |
| Administrative Fee | $16.88 |
| Total amount of this bill | $579.38 |
| Previous balance | $45,221.86 |
| **Total Outstanding Balance** | **$45,801.24** |

Please remit payment to: Vestigant, LLC, P.O. Box 23, McLean, VA 22101-0023

**Please notify us if your contact information has changed.**

Proskauer Rose LLP
Attn: Connie Bertram, Esq.
Washington, DC 20004